(Official Form 1) (12/03)

FORM B1

# United States Bankruptcy Court
## Middle District of Florida

## Voluntary Petition

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle)<br>**Conner, Darion** | Name of Joint Debtor (Spouse) (Last, First, Middle) |
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names) | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names) |
| Last four digits of Soc Sec No / Complete EIN or other Tax I D No (if more than one, state all)<br>xxx-xx-0982 | Last four digits of Soc Sec No / Complete EIN or other Tax I D No (if more than one, state all) |
| Street Address of Debtor (No & Street, City, State & Zip Code)<br>9078 Lakechase Island Way, #5<br>Tampa, FL 33626-1942 | Street Address of Joint Debtor (No & Street, City, State & Zip Code) |
| County of Residence or of the Principal Place of Business Hillsborough | County of Residence or of the Principal Place of Business |
| Mailing Address of Debtor (if different from street address) | Mailing Address of Joint Debtor (if different from street address) |

Location of Principal Assets of Business Debtor (if different from street address above)

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)

- [x] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District

**Type of Debtor** (Check all boxes that apply)

- [x] Individual(s)
- [ ] Corporation
- [ ] Partnership
- [ ] Other__________
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [x] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 13
- [ ] Chapter 9
- [ ] Chapter 12
- [ ] Sec 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)

- [x] Consumer/Non-Business
- [ ] Business

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only ) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments Rule 1006(b) See Official Form No 3

**Chapter 11 Small Business** (Check all boxes that apply)

- [ ] Debtor is a small business as defined in 11 U S C § 101
- [ ] Debtor is and elects to be considered a small business under 11 U S C § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors

THIS SPACE IS FOR COURT USE ONLY

2005 MAY -3 PM 2:11

FILED

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

| Estimated Assets | $0 to $50 000 | $50 001 to $100,000 | $100 001 to $500 000 | $500 001 to $1 million | $1,000 001 to $10 million | $10,000 001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Debts | $0 to $50 000 | $50 001 to $100,000 | $100 001 to $500 000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000 001 to $50 million | $50,000 001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s): **Conner, Darion**

FORM B1, Page 2

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed | Case Number | Date Filed |
|---|---|---|
| No. District Georgia - Chap. 13 Dismissed | 99-95167-JEM | 10/04/99 |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor | Case Number | Date Filed |
|---|---|---|
| - None - | | |
| **District** | **Relationship** | **Judge** |
| | | |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition

X Darion Conner

Signature of Debtor Darion Conner

X

Signature of Joint Debtor

813-852-1917

Telephone Number (If not represented by attorney)

3-31-05

Date

**Signature of Attorney**

X N/A

Signature of Attorney for Debtor(s)

Debtor not represented by attorney

Printed Name of Attorney for Debtor(s)

Firm Name

Address

Telephone Number

Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition

X

Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e g , forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter

X N/A

Signature of Attorney for Debtor(s) Date

**Exhibit C**

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition

■ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U S C § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document

New Horizon, Inc.

Printed Name of Bankruptcy Petition Preparer

59-3730713/170446995

Social Security Number (Required by 11 U S C § 110(c))

P.O. Box 40783
St. Petersburg, FL 33743

Address

727-344-4486

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person

X Sandra Jackson, New Horizon Inc

Signature of Bankruptcy Petition Preparer

March 26, 2005

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U S C § 110, 18 U S C § 156

# United States Bankruptcy Court
## Middle District of Florida

In re Darion Conner, Debtor

Case No ______

Chapter 7

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each Report the totals from Schedules A, B, D, E, F, I, and J n the boxes provided Add the amounts from Schedules A and B to determine the total amount of the debtor's assets Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities

| | | | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO OF SHEETS | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 172.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | 3,703.19 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | 54,202.18 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 1,489.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 2,585 00 |
| Total Number of Sheets of ALL Schedules | | 18 | | | |
| | Total Assets | | 172.00 | | |
| | | | Total Liabilities | 57,905 37 | |

Copyright (c) 1996-2003 - Best Case Solutions, Inc Evanston, IL - (800) 492-8037

In re **Darion Conner**, Debtor Case No ______________

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community " If the debtor holds no interest in real property, write "None" under "Description and Location of Property "

Do not include interests in executory contracts and unexpired leases on this schedule List them in Schedule G - Executory Contracts and Unexpired Leases

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim (See Schedule D ) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim "

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

Sub-Total > **0.00** (Total of this page)

Total > **0.00**

(Report also on Summary of Schedules)

**0** continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2003 Best Case Solutions Inc Evanston IL - (800) 492-8037 Best Case Bankruptcy

In re **Darion Corner**, Debtor

Case No ____________

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None " If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community " If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt

Do not list interests in executory contracts and unexpired leases on this schedule List them in Schedule G - Executory Contracts and Unexpired Leases

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property "

| | Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1 | Cash on hand | | **Cash** | - | **25.00** |
| 2 | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations or credit unions, brokerage houses, or cooperatives | **X** | | | |
| 3 | Security deposits with public utilities, telephone companies, landlords, and others | **X** | | | |
| 4 | Household goods and furnishings including audio, video, and computer equipment | **X** | | | |
| 5 | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles | | **CDs & photographs** | - | **25.00** |
| 6 | Wearing apparel | | **Clothing and shoes** | - | **100 00** |
| 7 | Furs and jewelry | **X** | | | |
| 8 | Firearms and sports, photographic, and other hobby equipment | | **Fishing rods and tackle box** | - | **20.00** |
| 9 | Interests in insurance policies Name insurance company of each policy and itemize surrender or refund value of each | | **Life insurance policy with employer** | - | **1.00** |

Sub-Total > **171.00**
(Total of this page)

**2** continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions Inc Evanston, IL - (800) 492-8037 Best Case Bankruptcy

In re Darion Conner, Debtor — Case No ______

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | **Pension with employer** | - | **1.00** |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total > **1.00**
(Total of this page)

Sheet 1 of 2 continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2003 - Best Case Solutions Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

In re Darion Corner, Debtor

Case No ____________

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20 Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor and rights to setoff claims Give estimated value of each | X | | | |
| 21 Patents, copyrights, and other intellectual property Give particulars | X | | | |
| 22 Licenses, franchises and other general intangibles Give particulars | X | | | |
| 23 Automobiles, trucks trailers, and other vehicles and accessories | X | | | |
| 24 Boats, motors, and accessories | X | | | |
| 25 Aircraft and accessories | X | | | |
| 26 Office equipment, furnishings, and supplies | X | | | |
| 27 Machinery, fixtures, equipment, and supplies used in business | X | | | |
| 28 Inventory | X | | | |
| 29 Animals | X | | | |
| 30 Crops - growing or harvested Give particulars | X | | | |
| 31 Farming equipment and implements | X | | | |
| 32 Farm supplies, chemicals, and feed | X | | | |
| 33 Other personal property of any kind not already listed | X | | | |

Sub-Total > 0 00
(Total of this page)

Total > 172 00

Sheet 2 of 2 continuation sheets attached to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2003 - Best Case Solutions Inc Evanston, IL - (800) 492-8037 Best Case Bankruptcy

In re Darion Conner, Debtor

Case No ______________________

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under
*[Check one box]*

- ☐ 11 U S C §522(b)(1) Exemptions provided in 11 U S C §522(d) Note These exemptions are available only in certain states
- ■ 11 U S C §522(b)(2) Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Cash** | **Fla. Const art X, § 4(a)(2)** | **25.00** | **25.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **CDs & photographs** | **Fla. Const art X, § 4(a)(2)** | **25.00** | **25 00** |
| **Wearing Apparel** | | | |
| **Clothing and shoes** | **Fla. Const art X, § 4(a)(2)** | **100.00** | **100.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Fishing rods and tackle box** | **Fla. Const. art. X, § 4(a)(2)** | **20.00** | **20.00** |
| **Interests in Insurance Policies** | | | |
| **Life insurance policy with employer** | **Fla. Stat. Ann. § 222.14** | **100%** | **1 00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Pension with employer** | **Fla. Stat. Ann. § 222.21(2)** | **100%** | **1 00** |

**0** continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2003 - Best Case Solutions Inc Evanston, IL - (800) 492-8037 Best Case Bankruptcy

Form B6D
(12/03)

In re **Darion Conner**, Debtor

Case No ______________________

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests List creditors in alphabetical order to the extent practicable If all secured creditors will not fit on this page, use the continuation sheet provided

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community "

If the claim is contingent, place an "X" in the column labeled "Contingent" If the claim is unliquidated, place an "X" in the column labeled "Unliquidated" If the claim is disputed, place an "X" in the column labeled "Disputed" (You may need to place an "X" in more than one of these three columns )

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule Report this total also on the Summary of Schedules

■ Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No | | | Value $ | | | | | |
| Account No | | | Value $ | | | | | |
| Account No | | | Value $ | | | | | |
| Account No | | | Value $ | | | | | |

0 continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | | |
| Total (Report on Summary of Schedules) | 0.00 | |

Copyright (c) 1996-2003 Best Case Solutions Inc - Evanston, IL - (800) 492-8037 

Form B6E
(12 03)

In re Darion Corner , Case No ______________
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided Only holders of unsecured claims entitled to priority should be listed in this schedule In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community"

If the claim is contingent, place an "X" in the column labeled "Contingent" If the claim is unliquidated, place an "X" in the column labeled "Unliquidated" If the claim is disputed, place an "X" in the column labeled "Disputed" (You may need to place an "X" in more than one of these three columns )

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule Repeat this total also on the Summary of Schedules

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets )

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief 11 U S C § 507(a)(2)

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business which ever occurred first, to the extent provided in 11 U S C § 507 (a)(3)

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business whichever occurred first, to the extent provided in 11 U S C § 507(a)(4)

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U S C § 507(a)(5)

☐ **Deposits by individuals**

Claims of individuals up to $2, 00* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided 11 U S C § 507(a)(6)

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U S C § 507(a)(7)

■ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U S C § 507(a)(8)

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution 11 U S C § 507(a)(9)

*Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment

1 continuation sheets attached

Copyright (c) 1996-2003 - Best Case Solutions Inc Evanston IL - (800) 492-8037 Best Case Bankruptcy

Form 36E - Cont
(12/03)

In re Darion Conner, Debtor — Case No ______

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts Owed to Governmental Units
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxx-xx-0982<br>Georgia Dept. of Revenue<br>Douglas Regional Office<br>1214 N. Peterson Ave.<br>Douglas, GA 31533 | | - | 1990 - 1993<br>State income tax (Unknown amount) | | | | 100.00 | 100.00 |
| Account No.<br>Representing:<br>Georgia Dept. of Revenue | | | Georgia Dept. Revenue<br>Bankruptcy Section<br>P.O. Box 161108<br>Atlanta, GA 30321 | | | | | |
| Account No.<br>Representing:<br>Georgia Dept. of Revenue | | | State of Georgia<br>Dept. of Revenue<br>P.O. Box 38134<br>Atlanta, GA 30334 | | | | | |
| Account No. xxx-xx-0982<br>State of California<br>Contract Admin. Unit<br>P.O. Box 1237<br>Rancho Cordova, CA 95741-1237 | | - | 1991 - 1994<br>Personal income tax - (Case#98-1-161482 Jan. 1998 and #00-1-03150449 March 2001) | | | | 3,603.19 | 3,603.19 |
| Account No.<br>Representing:<br>State of California | | | Franchise Tax Board<br>Special Procedures<br>P.O. Box 2952<br>Sacramento, CA 95812 | | | | | |

Sheet 1 of 1 continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 3,703.19 |
| Total (Report on Summary of Schedules) | 3,703.19 |

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

Form B6F
(12/0 )

In re **Darion Conner**, Debtor

Case No ______

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so Do not include claims listed in Schedules D and E If all creditors will not fit on this page, use the continuation sheet provided

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community"

If the claim is contingent, place an "X" in the column labeled "Contingent" If the claim is unliquidated, place an "X" in the column labeled "Unliquidated" If the claim is disputed, place an "X" in the column labeled "Disputed" (You may need to place an "X" in more than one of these three columns )

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule Report this total also on the Summary of Schedules

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No **995030501562x**<br>**American General Finance**<br>**5495B Old National Hwy.**<br>**Atlanta, GA 30349** | | - | **1995**<br>**Loan (Refinanced)** | | | | **45,000 00** |
| Account No<br>**Representing.**<br>**American General Finance** | | | **American General Finance**<br>**P.O. Box 3251**<br>**Evansville, IN 47731-3251** | | | | |
| Account No<br>**BellSouth**<br>**P.O. Box 1262**<br>**Charlotte, NC 28201-1262** | | - | **Services** | | | | **100.00** |
| Account No<br>**Representing:**<br>**BellSouth** | | | **Frost Arnett Company**<br>**for BellSouth**<br>**P.O Box 198988**<br>**Nashville, TN 37219** | | | | |
| | | | | | Subtotal (Total of this page) | | **45,100.00** |

**5** continuation sheets attached

Form 36F - Cont
(12/03)

In re Darion Conner, Debtor Case No ______

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 01-027102-8223130018960509<br><br>Bright House Networks<br>525 Grand Regency Blvd.<br>Brandon, FL 33510-3933 | | - | Services | | | | 478.69 |
| Account No.<br><br>Representing:<br>Bright House Networks | | | Credit Protection Assoc<br>for BrightHouse<br>13355 Noel Rd.<br>Dallas, TX 75240 | | | | |
| Account No.<br><br>Capital One<br>P.O. Box 85167<br>Bankruptcy Dept<br>Richmond, VA 23285 | | - | Credit card purchases | | | | 549.00 |
| Account No.<br><br>Cingular Wireless<br>P.O. Box 3050<br>Boca Raton, FL 33431-0950 | | - | Services | | | | 100.00 |
| Account No. FKA Bancorp<br><br>Fairbanks/LSC<br>P.O. Box 551170<br>Jacksonville, FL 32255-1170 | | - | 1995<br>Foreclosed home in 2000 - Unknown if any balance remains | | | | 100.00 |

Sheet no. 1 of 5 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): 1,227.69

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F Cont
(12/03)

In re **Darion Conner** , Debtor Case No ________

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Representing:<br>Fairbanks/LSC | | | Fairbanks Capital Corp.<br>3815 S. West Temple<br>Salt Lake City, UT 84115 | | | | |
| Account No.<br>Representing:<br>Fairbanks/LSC | | | Fulton County Tax Comm.<br>141 Pryor St. SW, #1113<br>Atlanta, GA 30303 | | | | |
| Account No.<br>Representing:<br>Fairbanks/LSC | | | Lawrence R. Landry, Esq<br>for Fairbanks/LSC<br>450 Buckhead Centre<br>2964 Peachtree Rd. NW<br>Atlanta, GA 30305 | | | | |
| Account No.<br>Representing:<br>Fairbanks/LSC | | | Morris Scheider & Prior LLC<br>for Fairbanks/LSC<br>3300 NE Expresswy, #8B<br>Atlanta, GA 30341 | | | | |
| Account No. CONDA000<br>Florida Ctr. for Gastro<br>8250 Bryan Dairy Rd., #200<br>Seminole, FL 33777 | | - | April 2004<br>Medical Bill | | | | 126.92 |

Sheet no. 2 of 5 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 126.92

Form B6F - Cont
(12 03)

In re Darion Conner, Debtor Case No

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions ) | CODEBTOR | Husband Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No<br><br>KCA Financial Services<br>628 North St., #200<br>Geneva, IL 60134 | | - | Unknown collection account | | | | 242.00 |
| Account No<br><br>Metropolitan Collection Agcy<br>for Adrian Jules LTD<br>134 S. Fitzhugh St<br>Rochester, NY 14608 | | - | Collection Account | | | | 100.00 |
| Account No<br><br>Representing:<br>Metropolitan Collection Agcy | | | Nationwide Recovery Service<br>for Adrian Jules LTD<br>7001 Peachtree Ind.Blvd.<br>#230<br>Norcross, GA 30092 | | | | |
| Account No 901016000184x<br><br>Mid South Credit Bureau<br>204 W. Blythe St.<br>Paris, TN 38242-4071 | | - | Unknown collection account | | | | 812 00 |
| Account No<br><br>Nationwide Mutual Ins.<br># 77-09P-748937<br>P.O. Box 96040<br>Charlotte, NC 28296-0040 | | - | August 2004<br>Services | | | | 454.57 |

Sheet no 3 of 5 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 1,608.57

Copyright (c) 1996-2003 - Best Case Solutions, Inc Evanston, IL - (800) 492-8037

Form B6F Cont
(12/03)

In re **Darion Conner**, Debtor    Case No ______

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions ) | CODEBTOR | Husband, Wife, Joint or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No<br>Representing:<br>Nationwide Mutual Ins | | | Watts Insurance Agency<br>#77-09P-748937<br>13008 N. 56th St.<br>Tampa, FL 33617 | | | | |
| Account No<br>NCO Financial Systems<br>507 Prudential Road<br>Horsham, PA 19044 | | - | Unknown collection account | | | | 100 00 |
| Account No<br>Richard Valldejuli Jr<br>2199 Lenox Rd NE #A<br>Atlanta, GA 30324 | | - | 1999<br>Services (Unknown if any balance due) | | | | 100.00 |
| Account No<br>SouthTrust Bank<br>P.O. Box 1234<br>Atlanta, GA 30371 | | - | Vehicle balance (Insurance paid - unknown if any gap) | | | | 5,000.00 |
| Account No<br>Representing<br>SouthTrust Bank | | | L. N. Jones, Esq.<br>for SouthTrust<br>230 Peachtree St., #1250<br>Atlanta, GA 30303 | | | | |

Sheet no 4 of 5 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 5,200.00

Copyright (c) 1996-2003 - Best Case Solutions Inc - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

Form B6F - Cont
(12/03)

In re Darion Corner, Debtor

Case No ____________

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No<br>Representing:<br>SouthTrust Bank | | | SouthTrust Bank of GA<br>647 Roswell St.<br>Marietta, GA 30060 | | | | |
| Account No<br>Verizon<br>Receivables Mgt Ctr.<br>1135 E. Chocolate Ave.<br>Hershey, PA 17033 | | - | Services | | | | 100.00 |
| Account No 0024021251256600001<br>Verizon Wireless<br>P O Box 630062<br>Dallas, TX 75263-0062 | | - | Services | | | | 839 00 |
| Account No<br>Representing.<br>Verizon Wireless | | | Chase Receivables<br>for Verizon Wrls 01573787-36<br>1247 Broadway<br>Sonoma, CA 95476 | | | | |
| Account No | | | | | | | |

Sheet no 5 of 5 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 939 00 |
| Total (Report on Summary of Schedules) | 54,202 18 |

Copyright (c) 1996-2003 - Best Case Solutions Inc - Evanston IL - (800) 492-8037

In re **Darion Conner**, Debtor

Case No ______________________

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property Include any timeshare interests
State nature of debtor's interest in contract, i e , "Purchaser," "Agent," etc State whether debtor is the lessor or lessee of a lease
Provide the names and complete mailing addresses of all other parties to each lease or contract described

NOTE A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors

■ Check this box if debtor has no executory contracts or unexpired leases

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest State whether lease is for nonresidential real property State contract number of any government contract |
|---|---|

0 continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2003 - Best Case Solutions, Inc - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

In re Darion Conner, Debtor

Case No ______________

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors Include all guarantors and co-signers In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case

■ Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |

0 continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2003 - Best Case Solutions Inc - Evanston, IL - (800) 492-8037

Form B6I
(12/0 )

In re Darion Conner, Debtor — Case No ____________

# SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |
| Single | Daughter | 13 |
| | Daughter | 5 |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Arena football | |
| Name of Employer | Pigskin Inc. DBA Tampa Bay Storm | |
| How long employed | 5 years | |
| Address of Employer | | |

| INCOME (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ 2,000.00 | $ N/A |
| Estimated monthly overtime | $ 0.00 | $ N/A |
| SUBTOTAL | $ 2,000 00 | $ N/A |
| LESS PAYROLL DEDUCTIONS | | |
| a Payroll taxes and social security | $ 263 00 | $ N/A |
| b Insurance | $ 248 00 | $ N/A |
| c Union dues | $ 0.00 | $ N/A |
| d Other (Specify) | $ 0 00 | $ N/A |
| | $ 0.00 | $ N/A |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 511 00 | $ N/A |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 1,489.00 | $ N/A |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ N/A |
| Income from real property | $ 0.00 | $ N/A |
| Interest and dividends | $ 0.00 | $ N/A |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ N/A |
| Social security or other government assistance (Specify) | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| Pension or retirement income | $ 0.00 | $ N/A |
| Other monthly income (Specify) | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| TOTAL MONTHLY INCOME | $ 1,489.00 | $ N/A |

TOTAL COMBINED MONTHLY INCOME $ 1,489 00 (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document **Salary listed above is "practice" pay - haven't played this year Receive salary above five months of year (ends in mid July)**

In re Darion Corner, Debtor — Case No ______

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse"

| | |
|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 1,100 00 |
| Are real estate taxes included? Yes____ No X | |
| Is property insurance included? Yes____ No X | |
| Utilities Electricity and heating fuel | $ 100.00 |
| Water and sewer | $ 0 00 |
| Telephone | $ 180 00 |
| Other Cable | $ 65.00 |
| Home maintenance (repairs and upkeep) | $ 0.00 |
| Food | $ 200.00 |
| Clothing | $ 35.00 |
| Laundry and dry cleaning | $ 80 00 |
| Medical and dental expenses | $ 200 00 |
| Transportation (not including car payments) | $ 100.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc | $ 25 00 |
| Charitable contributions | $ 100.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
| Homeowner's or renter's | $ 0 00 |
| Life | $ 0.00 |
| Health | $ 0 00 |
| Auto | $ 0 00 |
| Other | $ 0 00 |
| Taxes (not deducted from wages or included in home mortgage payments) (Specify) | $ 0.00 |
| Installment payments (In chapter 12 and 13 cases, do not list payments to be included in the plan) | |
| Auto | $ 0.00 |
| Other | $ 0.00 |
| Other | $ 0 00 |
| Other | $ 0.00 |
| Alimony, maintenance, and support paid to others | $ 0 00 |
| Payments for support of additional dependents not living at your home | $ 400 00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| Other | $ 0 00 |
| Other | $ 0 00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ 2,585.00 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---|
| A Total projected monthly income | $ N/A |
| B Total projected monthly expenses | $ N/A |
| C Excess income (A minus B) | $ N/A |
| D Total amount to be paid into plan each ______ (interval) | $ N/A |

# United States Bankruptcy Court
## Middle District of Florida

In re Darion Conner, Debtor(s) — Case No ________ Chapter 7

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 19 sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge information, and belief

Date [signature] Signature 3-31-05

Darion Conner
Debtor

*Penalty for making a false statement or concealing property* Fine of up to $500,000 or imprisonment for up to 5 years or both 18 U S C §§ 152 and 3571

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U S C § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document

New Horizon, Inc
Printed or Typed Name of Bankruptcy Petition Preparer

59-3730713/170446995
Social Security No
(Required by 11 U S C § 110(c) )

P.O. Box 40783
St. Petersburg, FL 33743
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

X Sandra Jackson, New Horizon Inc
Signature of Bankruptcy Petition Preparer

March 26, 2005
Date

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.***

Software Copyright (c) 1996-2003 Best Case Solutions, Inc - Evanston IL - (800) 492-8037 Best Case Bankruptcy

Form 7
(12/03)

# United States Bankruptcy Court
## Middle District of Florida

In re **Darion Conner** Debtor(s) Case No ______ Chapter **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor Spouses filing a joint petition may file a single statement on which the information for both spouses is combined If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs

Questions 1 - 18 are to be completed by all debtors Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25 **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question

*DEFINITIONS*

*"In business "* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following an officer, director managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation, a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed

*"Insider "* The term "insider" includes but is not limited to relatives of the debtor, general partners of the debtor and their relatives, corporations of which the debtor is an officer, director, or person in control, officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives, affiliates of the debtor and insiders of such affiliates, any managing agent of the debtor 11 U S C § 101

---

**1. Income from employment or operation of business**

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced State also the gross amounts received during the **two years** immediately preceding this calendar year (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income Identify the beginning and ending dates of the debtor's fiscal year ) If a joint petition is filed, state income for each spouse separately (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| AMOUNT | SOURCE (if more than one) | |
|---|---|---|
| **$4,800.00** | **2005** | **Employment** |
| **$35,000 00** | **2004** | **Employment** |
| **$45,000.00** | **2003** | **Employment** |

**2. Income other than from employment or operation of business**

None ■ State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case Give particulars If a joint petition is filed, state income for each spouse separately (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

AMOUNT SOURCE

**3. Payments to creditors**

None ■ a List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■ b List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ■ a List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None ■ b Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■ a Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

Software Copyright (c) 1996-2003 Best Case Solutions, Inc - Evanston, IL - (800) 492-8037

**7 Gifts**

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9 Payments related to debt counseling or bankruptcy**

None ■ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**10. Other transfers**

None ■ List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

**11. Closed financial accounts**

None ■ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case Include checking, savings, or other financial accounts, certificates of deposit, or other instruments, shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

Software Copyright (c) 1996-2003 Best Case Solutions Inc - Evanston, IL - (800) 492-8037 

**13. Setoffs**

None ■ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■ List all property owned by another person that the debtor holds or controls

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ■ If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case If a joint petition is filed, report also any separate address of either spouse

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material Indicate the governmental unit to which the notice was sent and the date of the notice

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

Software Copyright (c) 1996-2003 Best Case Solutions, Inc - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

None ■ c List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ■ a If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case

| NAME | TAXPAYER I D NO (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■ b Identify any business listed in response to subdivision a , above, that is "single asset real estate" as defined in 11 U S C § 101

| NAME | ADDRESS |
|---|---|

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct

Date [signature] Signature 3-31-05

**Darion Conner**
Debtor

*Penalty for making a false statement* Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 and 3571

Software Copyright (c) 1996-2003 Best Case Solutions Inc - Evanston IL - (800) 492-8037 Best Case Bankruptcy

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U S C § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document

New Horizon, Inc.
Printed or Typed Name of Bankruptcy Petition Preparer

59-3730713/170446995
Social Security No
(Required by 11 U S C § 110(c) )

P.O Box 40783
St. Petersburg, FL 33743
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

X Sandra Jackson, New Horizon Inc -
Signature of Bankruptcy Petition Preparer

March 26, 2005
Date

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.***

Software Copyright (c) 1996-2003 Best Case Solutions, Inc - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 8
(12/03)

# United States Bankruptcy Court
## Middle District of Florida

In re Darion Conner
Debtor(s)

Case No
Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1 I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate

2 I intend to do the following with respect to the property of the estate which secures those consumer debts

*a Property to Be Surrendered*

| Description of Property | Creditor's name |
|---|---|
| -NONE- | |

*b Property to Be Retained* *[Check any applicable statement ]*

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U S C § 722 | Debt will be reaffirmed pursuant to 11 U S C § 524(c) |
|---|---|---|---|---|
| -NONE | | | | |

Date 3-31-05 Signature [signature]
Darion Conner
Debtor

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U S C § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document

New Horizon, Inc
Printed or Typed Name of Bankruptcy Petition Preparer

59-3730713/170446995
Social Security No
(Required by 11 U S C § 110(c) )

P O. Box 40783
St. Petersburg, FL 33743
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

X Sandra Jackson; New Horizon Inc.
Signature of Bankruptcy Petition Preparer

March 26, 2005
Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B 201 (11/03)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition The bankruptcy law is complicated and not easily described Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court Court employees are prohibited from giving you legal advice

**Chapter 7: Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)**

1 Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2 Under chapter 7 a trustee takes possession of all your property You may claim certain of your property as exempt under governing law The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code

3 The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated

4 Even if you receive a discharge, there are some debts that are not discharged under the law Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs

5 Under certain circumstances you may keep property that you have purchased subject to valid security interest Your attorney can explain the options that are available to you

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)**

1 Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code

2 Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings Usually, the period allowed by the court to repay your debts is three years, but no more than five years Your plan must be approved by the court before it can take effect.

3 Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan

4 After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

**Chapter 11: Reorganization ($800 filing fee plus $39 administrative fee)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors Its provisions are quite complicated, and any decision by an individual to file a Chapter 11 petition should be reviewed with an attorney

**Chapter 12: Family Farmer ($200 filing fee plus $39 administrative fee)**

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13 The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family owned farm

I, the debtor, affirm that I have read this notice

[signature] 3-31-05

Debtor's Signature | Date | Case Number

Software Copyright (c) 1996-2003 Best Case Solutions Inc - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of Florida

In re Darion Conner — Debtor(s)

Case No ________

Chapter 7

Address
9078 Lakechase Island Way, #5
Tampa, FL 33626-1942

Social Security No(s) xxx-xx-0982
Joint Debtor

## DISCLOSURE OF COMPENSATION OF BANKRUPTCY PETITION PREPARER

1 Under 11 U S C § 110(h), I declare under penalty of perjury that I am not an attorney or employee of an attorney, that I prepared or caused to be prepared one or more documents for filing by the above-named debtor(s) in connection with this bankruptcy case, and that compensation paid to me within one year before the filing of the bankruptcy petition, or agreed to be paid to me, for services rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows

| | |
|---|---|
| For document preparation services, I have agreed to accept | $ 125 00 |
| Prior to the filing of this statement I have received | $ 125 00 |
| Balance Due | $ 0 00 |

2 I have prepared or caused to be prepared the following documents (itemize)
Chapter 7 Petition

and provided the following services (itemize)
Prepared the Chapter 7 Petition from the debtor's answers on a questionnaire and credit reports

3 The source of the compensation paid to me was· XX Debtor ______ Other (specify)

4 The source of the compensation to be paid to me is N/A Debtor ______ Other (specify)

5 The foregoing is a complete statement of any agreement for payment to me for preparation of the petition filed by the debtor(s) in this bankruptcy case

6 To my knowledge no other person has prepared for compensation a document for filing in connection with this bankruptcy case except as listed below.

| NAME | SOCIAL SECURITY NUMBER |
|---|---|
| None | |

## DECLARATION OF BANKRUPTCY PETITION PREPARER

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief

X [signature] New Horizon Inc Date March 26, 2005
Signature

59-3730713/170446995
Social Security Number

New Horizon, Inc
Name (Print)

P O Box 40783
St Petersburg, FL 33743
Address

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both
11 U S C § 110, 18 U S C § 156

**United States Bankruptcy Court**
**Middle District of Florida**

In re Darion Conner
Debtor(s)

Case No ______
Chapter 7

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge

Date 3-31-05

Darion Conner
Signature of Debtor

Software Copyright (c) 1996-2001 Best Case Solutions, Inc - Evanston, IL - (800) 492-8037

Darion Conner
9078 Lakechase Island Way, #5
Tampa, FL 33626-1942

American General Finance
5495B Old Nationa Hwy
Atlanta, GA 30349

American General Finance
P O Box 3251
Evansville, IN 4773' -3251

BellSouth
P O Box 1262
Charlotte, NC 28201-1262

Bright House Networks
525 Grand Regency Blvd
Brandon, FL 33510-3933

Capital One
P O Box 85167
Bankruptcy Dept
Richmond, VA 23285

Chase Receivables
for Verizon Wrls 0' 573787-36
1247 Broadway
Sonoma, CA 95476

Cingular Wireless
P O Box 3050
Boca Raton, FL 33431-0950

Credit Protection Assoc
for BrightHouse
13355 Noel Rd
Dallas, TX 75240

Fairbanks Capital Corp
3815 S West Temple
Salt Lake City, UT 84115

Fairbanks/LSC
P O Box 551170
Jacksonville, FL 32255-1170

Florida Ctr for Gastro
8250 Bryan Dairy Rd , #200
Seminole, FL 33777

Franchise Tax Board
Special Procedures
P O Box 2952
Sacramento, CA 95812

Frost Arnett Company
for BellSouth
P O Box 198988
Nashville, TN 37219

Fulton County Tax Comm
141 Pryor St SW, #1113
Atlanta, GA 30303

Georgia Dept of Revenue
Douglas Regional Office
1214 N Peterson Ave
Douglas, GA 31533

Georgia Dept Revenue
Bankruptcy Section
P O Box 161108
Atlanta, GA 30321

KCA Financial Services
628 North St , #200
Geneva, IL 60134

L N Jones, Esq
for SouthTrust
230 Peachtree St , #1250
Atlanta, GA 30303

Lawrence R Landry, Esq
for Fairbanks/LSC
450 Buckhead Centre
2964 Peachtree Rd NW
Atlanta, GA 30305

Metropolitan Collection Agcy
for Adrian Jules LTD
134 S Fitzhugh St
Rochester, NY 14608

Mid South Credit Bureau
204 W. Blythe St
Paris, TN 38242-4071

Morris Scheider & Prior LLC
for Fairbanks/LSC
3300 NE Expresswy, #8B
Atlanta, GA 30341

Nationwide Mutual Ins
# 77-09P-748937
P O Box 96040
Charlotte, NC 28296-0040

Nationwide Recovery Service
for Adrian Jules LTD
7001 Peachtree Ind Blvd
#230
Norcross, GA 30092

NCO Financial Systems
507 Prudential Road
Horsham, PA 19044

Richard Valldejuli Jr
2199 Lenox Rd NE #A
Atlanta, GA 30324

SouthTrust Bank
P O Box 1234
Atlanta, GA 30371

SouthTrust Bank of GA
647 Roswell St
Marietta, GA 30060

State of California
Contract Admin Unit
P O Box 1237
Rancho Cordova, CA 95741-1237

State of Georgia
Dept of Revenue
P O Box 38134
Atlanta, GA 30334

Verizon
Receivables Mgt Ctr
1135 E Chocolate Ave
Hershey, PA 17033

Verizon Wireless
P O Box 630062
Dallas, TX 75263-0062

Watts Insurance Agency
#77-09P-748937
13008 N 56th St
Tampa, FL 33617